Timothy **HAMMER**, Plaintiff–Appellant,

v.

Charles **GROSS; Armando Zatarian, Newport Beach City; Linda Delapena, et al., Defendants–Appellees.**

No. 88–5638.

United States Court of Appeals, Ninth Circuit.

Dec. 30, 1992.

Before HALL, WIGGINS and THOMPSON, Circuit Judges.

The district court order filed May 14, 1992, awarding plaintiff $23,000 for attorney's fees is AFFIRMED.